**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

JUNIOR TONY DIEUJUSTE, Registered Trademark Holder, USPTO Reg. No. 7,651,456, pro se,

Plaintiff,

-against-

26 **CIVIL** 3116 (AT)

**JUDGMENT**

NEW YORK STATE CHILD SUPPORT ENFORCEMENT, an administrative agency established under N.Y. Family Comt Act§ 580-103, et al.,; and DANIEL W. TIETZ, in his official capacity as Commissioner of the New York State Office ofTempora1y and Disability Assistance,

Defendants.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 17, 2026, Plaintiff's federal claims (counts two and three) are DISMISSED with prejudice and Plaintiff's state law claims (counts one, four, and five) are DISMISSED without prejudice to renewal in state court; accordingly, the case is closed.

**Dated:** New York, New York

November 18, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**